387 A.2d 126

W. F. Keegan & Co., Inc., Appellant, v. Frankenfield, et ux., et al.

Argued December 13, 1977. Albert C. Oehrle, for appellant; Albert R. Subers, for appellees.

Decree affirmed.

VAN der VOORT, J., dissents.